El Pueblo, apelado, *v.* Fernando Forestier, apelante.

Corte de Distrito de Mayagüez.

No. 3122.—*Visto:* Marzo 29, 1927. *Resuelto:* Abril 4, 1927.

Este es un caso de apreciación de prueba contradictoria y en el mismo se resuelve que no existe huella del prejuicio, pasión o parcialidad imputados, como tampoco abuso del privilegio que tiene la corte de repreguntar al acusado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

———————

El Pueblo, apelado, *v.* Carlos Juan Fernández, apelante.

Corte de Distrito de Humacao.

No. 3061.—*Visto:* Marzo 16, 1927. *Resuelto:* Abril 8, 1927.

En el presente caso se mantiene là constitucionalidad de la vigente ley prohibiendo portar armas, ratificando la doctrina sentada ya en los casos de *El Pueblo* v. *Vadi,* 34 D. P.R. 462; *El Pueblo* v. *Velasco,* 36 D.P.R. 273, y *El Pueblo* v. *Díaz Cintrón,* decidido en abril 8, 1927, (pág. 571).

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.